[No. 23964-1-III.  Division Three.  July 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL S. WAGAR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01657-9, Gregory D. Sypolt, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 23976-4-III.  Division Three.  July 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DENTON JAY MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00561-6, Dennis D. Yule, J., entered April 1, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 24066-5-III.  Division Three.  July 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL F. STENGER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00505-9, Donald W. Schacht, J., entered April 5, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.

[Nos. 55130-2-I; 56499-4-I;  Division One.  July 24, 2006.]
       57031-5-I.

*In the Matter of the Marriage of* SCOTT WILSDON, *Respondent,* and JULIE E. BARRETT, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 98-3-06929-9, Cheryl B. Carey, J., entered October 19, 2004. *Affirmed* by unpublished per curiam opinion.